**Janice M. HENDERSON, Plaintiff–Appellant,**

v.

**CYPRESS MEDIA, INC., doing business as Kansas City Star, Defendant–Appellee.**

No. 12–3196.

United States Court of Appeals, Eighth Circuit.

Submitted: April 4, 2013.

Filed: April 25, 2013.

Janice M. Henderson, Kansas City, MO, pro se.

Amy Michelle Fowler, Timothy A. Hilton, John Russell Phillips, Husch & Blackwell, Kansas City, MO, for Defendant–Appellee.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Janice Henderson appeals the district court's [1] dismissal of her complaint asserting various claims against her former employer, Cypress Media, Inc. The district court dismissed her complaint for failure to state a claim. Upon careful review, we conclude that the district court did not err in dismissing Henderson's complaint, *see Levy v. Ohl,* 477 F.3d 988, 991 (8th Cir. 2007) (de novo review of dismissal for failure to state claim), and we additionally conclude that the district court did not abuse its discretion in denying her motion for appointment of counsel, *see Davis v. Scott,* 94 F.3d 444, 447 (8th Cir.1996)(trial court has broad discretion to decide whether both plaintiff and court will benefit from appointment of counsel); *Rayes v. Johnson,* 969 F.2d 700, 702 (8th Cir.1992)(civil litigant has no constitutional or statutory right to court-appointed attorney). We thus affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.